(March 26, 2009)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABRAM MCDONALD, Appellant. [877 NYS2d 228]—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about May 7, 2008, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Gonzalez, Buckley and Acosta, JJ.